UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Naseef Bryan, Jr.

    v.                              Case No. 23-cv-341-LM-AJ

US Citizenship and Immigration Services

ORDER

    After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 27, 2024.

_____
Landya B. McCafferty
United States District Judge

Date: June 17, 2024

cc: Naseef Bryan, Jr., pro se
    Counsel of Record